# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132484

DEPARTMENT OF TRANSPORTATION,
        Plaintiff-Appellee,

v                                                          SC: 132484
                                                           COA: 264337
                                                           Ottawa CC: 01-040310-CC
ROOKS FAMILY TRUST, J.F. GIRARD
ROOKS, and JEANNE A. ROOKS,
Co-Trustees,
        Defendants-Appellants,

and

UNION BANK & TRUST CO., N.A., and
PATER BROTHERS FARMS, a/k/a
JOHN PATER,
        Defendants.
_____/

On order of the Court, the application for leave to appeal the October 5, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007                                   _____
d0220                                                                  Clerk